UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      United States of America,

                                                                                                         NOTICE RE: CHANGE OF
                                                                                                        TIME OF SENTENCING

                  -against-

                                                                                                 7:19-CR-00375 (CS) (4)


      Nicholas Dixon,
                         Defendant(s).
------------------------------------------------------------X

The Sentencing previously scheduled before this Court for **September 10, 2020 at 11:00 a.m.** will be held at **9:30 a.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 621.

                                                                                        /s/ Walter Clark, Courtroom Deputy

Dated:  August 31, 2020
            White Plains, New York