UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                               :
UNITED STATES OF AMERICA         :
                               :    CONSENT PRELIMINARY ORDER
          - v. -                :    OF FORFEITURE/
                               :    <u>MONEY JUDGMENT</u>
NICHOLAS DIXON,                :
    a/k/a "Robbie,"             :    S2 19 Cr. 375 (CS)
                               :
              Defendant.      :
                               :
- - - - - - - - - - - - - - - - - x

        WHEREAS, on or about May 7, 2020, NICHOLAS DIXON, a/k/a "Robbie" (the "defendant"), was charged in a one-count Information, S2 19 Cr. 375 (CS) (the "Information"), with receiving a stolen vehicle, in violation of Title 18, United States Code, Sections 2313 and 2 (Count One);

        WHEREAS, the Information included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c) of any and all property, real and personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, on or about May 7, 2020, the defendant pled guilty to Count One of the Information, pursuant to a plea agreement, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit pursuant to Title 18, United States Code, Section 981(a)(1)(c) and Title 28, United States Code, Section 2461(c), a sum of money equal to $34,050.00 in United States currency, representing the amount of proceeds traceable to the commission of said offense;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $34,050.00 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, Acting United States Attorney, Assistant United States Attorneys, David R. Felton and Emily Deininger, of counsel, and the defendant, and his counsel, Howard Tanner, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the defendant pled guilty, a money judgment in the amount of $34,050.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, NICHOLAS DIXON, a/k/a "Robbie," and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: _____     9/9/20
    DAVID R. FELTON                          DATE
    EMILY DEININGER
    Assistant United States Attorneys
    Southern District of New York
    300 Quarropas Street
    White Plains, NY 10601
    Tel: (914) 993-1908 /(212) 637-2472

CHARLES WALTON

By: _____     9/9/2020
    NICHOLAS DIXON                           DATE

By: _____     9/9/2020
    HOWARD TANNER, ESQ.                      DATE
    Attorney for Defendant
    175 Main Street, Suite 800
    White Plains, NY 10601

SO ORDERED:

_____          8/19/20
HONORABLE CATHY SEIBEL                    DATE
UNITED STATES DISTRICT JUDGE